1
2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

3
4  BENNETT RUBIN, individually and on behalf of all others similarly situated,

No. C-08-4214- SBA

5              Plaintiff,                                                    **ORDER**

6      v.

7  WAL-MART STORES., *et al.*,

8              Defendants.

9

10    Before the Court is plaintiff's complaint. [Docket No. 1].  The plaintiff in this putative class

11 action alleges, *inter alia*, that Wal-Mart Stores failed to pay him overtime wages and meal-premium

12 wages during a specified pay period.  Compl. ¶ 9.  Plaintiff alleges defendant Wal-Mart Stores

13 Defendant is a Delaware corporation, with principal offices in the State of Arkansas, and doing

14 business in California through its more than 200 Wal-Mart and Sam's Club stores. *Id.* ¶ 4.  He also

15 alleges he was employed by Defendant Wal-Mart Stores in Panorama City, California.  *Id.* ¶ 3.

16    For his verified venue allegation, plaintiff states, "Venue is proper in the Northern District of

17 California because Defendant Wal-Mart Stores is subject to personal jurisdiction in that District."

18 Compl. ¶ 2.  Plaintiff not does elaborate.

19    ACCORDINGLY, IT IS HEREBY ORDERED THAT all parties shall file briefs of five

20 pages or less, within seven days of the date of the entry of this Order, stating why the Court should

21 or should not transfer this matter under 28 U.S.C. § 1404(a) to the Central District of California, or

22 any other district where the action might have been brought.  Alternatively, plaintiff may withdraw

23 this matter and re-file it in the district more closely related to the events giving rise to this matter.

24

25    IT IS SO ORDERED.

26
27    December  8, 2008                                          ─────────────────────
                                                                              Saundra Brown Armstrong
28                                                                            United States District Judge